UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PHUC TRAN<br>THUY TRAN<br>DEN TRUONG<br>MANH NGUYEN<br>VINH TRAN<br>CHRIS VU<br>QUANG NGUYEN<br>TUYET LE, and<br>CHAU TRAN | §§§§§§§§§§§§ | CRIM. No. 15 CR 229 |

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

United States Courts
Southern District of Texas
FILED
APR 3 0 2015
David J. Bradley, Clerk of Court

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(Conspiracy to Possess with Intent to Distribute a Controlled Substance)

From in or about March 2014 through the date of the return of this indictment, in the Southern District of Texas and elsewhere, and within the jurisdiction of this court,

PHUC TRAN,
THUY TRAN,
DEN TRUONG,
MANH NGUYEN,
VINH TRAN,
CHRIS VU,
QUANG NGUYEN,
TUYET LE, and
CHAU TRAN,

1

defendants herein, did knowingly and intentionally conspire with one another and others unknown to possess with intent to distribute 1000 or more marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(vii).

## COUNT TWO
### (Conspiracy to Maintain a Place for the Purpose of Manufacturing and Distributing a Controlled Substance)

From in or about March 2014 through the date of the return of this indictment, in the Southern District of Texas and elsewhere, and within the jurisdiction of this court,

> PHUC TRAN,
> THUY TRAN,
> DEN TRUONG,
> MANH NGUYEN,
> VINH TRAN,
> CHRIS VU,
> QUANG NGUYEN,
> TUYET LE, and
> CHAU TRAN,

defendants herein, did knowingly and intentionally conspired with one another and others unknown to maintain a place for the purpose of manufacturing and distributing 1,000 or more marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846 and 856(a)(1) and (b).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 21, United States Code, Section 853, the United States gives notice to the defendants,

> PHUC TRAN,
> THUY TRAN,
> DEN TRUONG,
> MANH NGUYEN,
> VINH TRAN,
> CHRIS VU,
> QUANG NGUYEN,
> TUYET LE, and
> CHAU TRAN,

that in the event of conviction of an offense in violation of Title 21, United States Code, Section 846, as charged in Counts One and Two of this indictment, the following is subject to forfeiture:

(1)   all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses; and

(2)   all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

## PROPERTY SUBJECT TO FORFEITURE

The property subject to forfeiture includes, but is not limited to, the following:

(a) The real property, improvements and appurtenances, located at 10102 Fallmont Circle, Houston, TX 77086, and legally described as:

> Lot 34, Block 2, NORTHWEST PARK PLACE SECTION 3, A SUBDIVISION OF HARRIS COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN FILM CODE NO. 491093, OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

(b)   The real property, improvements and appurtenances, located at 6718 Sutton Meadow, Houston, TX 77086, and legally described as:

> LOT 31, BLOCK 3, MEADOWS OF NORWEST PARK, SECTION 3, A SUBDIVISION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 434, PAGE 74, OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

(c)   The real property, improvements and appurtenances, located at 17006 Maricella Circle, Houston, TX 77084, and legally described as:

> LOT 34, BLOCK 2, CROSSING AT STONE CREEK, SEC.1, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN FILM CODE NO. 490133 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

(d)   The real property, improvements and appurtenances, located at 6619 Morningsage Lane, Houston, TX 77088, and legally described as:

> LOT 38, IN BLOCK 1, OF PARKLAND PLACE SECTION 3, A SUBDIVISION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN FILM CODE NO. 587084 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

(e)   The real property, improvements and appurtenances, located at 9638 Summer Laurel Lane, Houston, TX 77088, and legally described as:

> BEING LOT 1, BLOCK 2, OF PARKLAND PLACE SECTION 1, A SUBDIVISION IN HARRIS COUNTY,

TEXAS, ACCORDING TO THE PLAT RECORDED THEREOF IN FILM CODE NO. 543165, MAP RECORDS OF HARRIS COUNTY, TEXAS.

(f) Silver 2003 Honda Odyssey, TX License # FMG3750, VIN 5FNRL18903B051754;

(g) Gray 2006 Toyota Tundra, TX License # FCT7118, VIN 5TBET34166S557639; and

(h) 2013 White Toyota Sienna, TX License # BHJ3667, VIN 5TDKK3DC1DS303543.

## MONEY JUDGMENT

Defendants are notified that upon conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture for which the defendants may be jointly and severally liable.

## SUBSTITUTE ASSETS

Defendants are notified that in the event that property subject to forfeiture, as a result of any act or omission of a defendant,

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States will seek to forfeit any other property of the defendants up to the value of such property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

Original Signature on File

FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
United States Attorney

By: *[signature]*
NANCY G. HERRERA
Assistant United States Attorney